# EXHIBIT A

# Laurence A. Hecker
## Attorney at Law
109 DIVISION STREET, TOMS RIVER, NEW JERSEY 08753-5404
TELEPHONE (732) 244-5684
FAX (732) 286-9161
E-MAIL ADDRESS: Heckerlaw@aol.com
IN REPLY REFER TO
L-1981 A

June 10, 2010

Hon. Edwin H. Stern, P.J.A.D.
66 North Tower, Suite 1101
158 Headquarters Plaza
Morristown, N.J. 07960-3965

        Re: D'Agostino v. Hecker
           Docket No. A-000279-09T1

Dear Judge Stern:

I just received an order signed by you in which you have dismissed the appeal with prejudice. As I previously indicated to the Court, I filed a petition of bankruptcy on May 7, 2010 (3:10-bk-24143 (RTL)), which automatically stays any proceeding. Thus, the order was improperly entered and should be vacated by the Court's own motion.

As I indicated when I notified the Court about the bankruptcy, my understanding of the law was that I have two years in which to activate the appeal. At least, my bankruptcy attorney has so advised me.

Thank you for your attention to this matter.

                                Respectfully yours,

                                Laurence A. Hecker

LAH:jnh
CC: Mr. Steven D'Agostino

LTR JUDGESTERN L-1981A 6-8-10

# SUPERIOR COURT OF NEW JERSEY
## APPELLATE DIVISION

JOSEPH H. ORLANDO
CLERK

JOHN K. GRANT
DEPUTY CLERK

JACK G. TRUBENBACH
CHIEF COUNSEL



RICHARD J. HUGHES JUSTICE COMPLEX
P.O. BOX 006
TRENTON, NEW JERSEY 08625-0006
(609) 292-4822

July 9, 2010

Laurence A. Hecker, Esq.
109 Division Street
Toms River, NJ 08753

Re: Steven D'Agostino vs. Laurence A. Hecker
Docket No. A-000279-09T1

Dear Mr. Hecker:

    Your letter to Judge Stern, dated June 10, 2010, was forwarded to me for a response. I reviewed the file folder in the above matter and there is no indication therein that you had filed a bankruptcy petition on May 7, 2010. Therefore, if you would like the order by Judge Stern, signed June 1, 2010, dismissing your appeal vacated or amended, you should file a formal motion.

    If you have any questions, please contact me.

Very truly yours,

Jack G. Trubenbach
Chief Counsel

JGT:cb
cc: Hon. Edwin H. Stern
    Steven D'Agostino