# EXHIBIT B

## Steve DAgostino

| | |
|---|---|
| **From:** | <chambers_of_rtl@njb.uscourts.gov> |
| **To:** | <info@stevedagostino.biz> |
| **Sent:** | Friday, July 23, 2010 7:57 AM |
| **Attach:** | amended schedules.pdf; petition.pdf; order of dismissal.pdf |
| **Subject:** | Hecker Bankruptcy |

Steve,
Please find attached documents regarding the above bankruptcy case


(See attached file: amended schedules.pdf)(See attached file: petition.pdf)
(See attached file: order of dismissal.pdf)
Diane Lipcsey
Courtroom Deputy To Judge Raymond T. Lyons
(609) 989-2003