# EXHIBIT C

```
09/ /11 19:37 BANJ0157
     OCEANFIRST BANK
**********C277-1
575 HOOPER AVE
TOMS RIVER, NJ
RECORD NO.            6998
WITHDRAWAL    $     120.00
FROM CHECKING

CURRENT BAL  $   10757.78
AVAILABLE    $    7257.78
```