# EXHIBIT D

Your last login was: 9/21/2011 11:37:49 AM ET

[Log Off]

38626599

Detailed Quote:

Hello, LAURENCE A
HECKER ROTH IRA

Refresh    Help    Print

## Balances

- Balances
- Positions
- Watch Lists & Portfolios
- Gain/Loss & Tax Center
- Account History
- Order Status
- Deposits
- Withdrawals
- Bank Deposit Program
- My Information & Preferences
- Alerts

### Account Balance Summary
As of 09/21/2011, 11:43 AM ET

**Balance Summary**    Detailed Balances

**Trading & Cash Balances**

| | |
|---|---|
| Funds Available for Trading | $993.47 |
| Settled Funds Available for Trading | $993.47 |
| Cash Available for Withdrawal | $993.47 |
| Total Cash Balance | $993.47 |

**Positions**

| | |
|---|---|
| Stocks, Mutual Funds, CDs & Bonds Market Value | $4,877.68 |
| Options Market Value | $0.00 |
| Total Positions Market Value | $4,877.68 |

**Scottrade Account Totals**

| | |
|---|---|
| Total Brokerage Account Value (Positions + Cash Balances) | $5,871.15 |

### Account Balance Summary

| | |
|---|---|
| Total Funds Avail. for Trading | $993.47 |
| Settled Funds Avail. for Trading | $993.47 |
| Restricted Funds* | $0.00 |
| **Total Account Value** | **$5,871.15** |

**IRA Contributions**

| | |
|---|---|
| 2011 Contribution: | $0.00 |
| 2010 Contribution: | $0.00 |

**Advanced Help: Balances**
- Understanding Account Balances
- Trading in Cash Accounts
- Bank Deposit Program Balances
- Current Credit Interest Rates
- Understanding BDP Bank Deposit Program Balances

*Restricted funds represent recent Money Direct deposits and uncleared check deposits. These funds cannot be used to purchase stocks under $4, non-marginable stock, unlisted stock or any options. For margin accounts, these funds cannot be used to satisfy a margin sell letter. Scottrade reserves the right to impose additional limitations on these deposits.
Learn more about restricted funds.

### Quick Quote

Symbol or Name
Symbol Lookup
Build an Option

**DJIA** $DJI
11,370.13    -38.53 (-0.34%)

**NASDAQ** $COMP
2,599.66    +9.42 (0.36%)

**S&P 500** $SPX
1,197.68    -4.41 (-0.37%)

**NYSE** $NYA
7,176.88    -40.23 (-0.56%)

Market Closes in:
4 hour 17 minutes
9/21/2011 11:43 AM ET

Resize Page

Ways To Fund | Site Map | Forms Center | Security Center | Privacy Statement | Website Terms & Conditions
Agreements & Disclosures | Suggestions | Contact Us

Authorized account login and access indicates customer's consent to the Brokerage Account Agreement. Such consent is effective at all times when using this site. Unauthorized access is prohibited.

Brokerage products and services offered by Scottrade, Inc. – Member FINRA and SIPC.

© Copyright 2011 Scottrade. All Rights Reserved.

https://trading.scottrade.com/myaccount/Balances.aspx                                                                                      9/21/2011