# EXHIBIT F

  T  STATEMENT OF ACCOUNT  

009533 06DD1G01 1 000000
LAURENCE A HECKER OR
MELEK AKTAN
109 DIVISION ST
TOMS RIVER NJ 08753

Page: 1 of 3
Statement Period: May 18 2009–Jun 17 2009
Cust Ref #:            4241489817-630-T-###
Primary Account #:              424-1489817

**Convenience Checking**

LAURENCE A HECKER OR
MELEK AKTAN



Account # 424-1489817

## ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 37.77 | Average Collected Balance | 182.30 |
| Deposits | 1,750.00 | | |
| Electronic Payments | 1,984.20 | | |
| Other Withdrawals | 140.00 | | |
| Ending Balance | -336.43 | | |

## DAILY ACCOUNT ACTIVITY

### Deposits

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 5/20 | DEPOSIT | | 1,500.00 |
| 5/29 | DEPOSIT | | 250.00 |
| | | Subtotal: | 1,750.00 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 5/26 | ATM DEBIT | | 654.84 |
| | VISA DDA W/D    ****40014294527 | | |
| | ISBANK 4635 8552 TOPAGAC   ISTANBUL   TUR | | |
| 5/27 | ATM DEBIT | | 645.20 |
| | VISA DDA W/D    ****40014294527 | | |
| | ISTIKLAL CADDESI NO 187   ISTANBUL   TUR | | |
| 5/28 | ATM DEBIT | | 160.86 |
| | VISA DDA W/D    ****40014294527 | | |
| | TESVIKIYE CAD NO 141 NIS   ISTANBUL   TUR | | |
| 6/1 | ATM DEBIT | | 195.50 |
| | VISA DDA W/D    ****40014294527 | | |
| | ISBANK 5419 0686 NISANTA   ISTANBUL   TUR | | |
| 6/3 | ATM DEBIT | | 262.24 |
| | VISA DDA W/D    ****40014294527 | | |
| | ISBANK 2131 3541 TESVIKI   ISTANBUL   TUR | | |
| 6/3 | ATM DEBIT | | 65.56 |
| | VISA DDA W/D    ****40014294527 | | |
| | ISBANK 2131 3542 TESVIKI   ISTANBUL   TUR | | |
| | | Subtotal: | 1,984.20 |

**Call 1-800-428-7000 for 24-hour Direct Banking service**

BANK DEPOSITS FDIC INSURED     ©      WWW.TDBANKNORTH.COM