# EXHIBIT G

# OCEANFIRST BANK REQUEST FOR WIRE TRANSFER OF FUNDS

| AMOUNT | DATE OF TRANSFER | FOR FAXED WIRES ONLY |
|---|---|---|
| $ 1200 | 1/19/12 | |

## TRANSFER TO

| FINANCIAL INSTITUTION NAME | ABA NO. | | |
|---|---|---|---|
| T. GARANTI BANKASI AS | T GBATRISxxx | | |
| STREET & CITY | STATE | | COUNTRY |
| HAIBYE MAHALLESI TESVIKIYE CAAUESI NO 11A SISLI ISTANBUI 34367 | | | TURKEY |

## FOR ACCOUNT OF

| NAME | ACCOUNT NO. | |
|---|---|---|
| SELIN MELEK AKTAN | 9094888 | |
| STREET & CITY | STATE | COUNTRY |
| AHMET FETGARI SOKAK | NISANTASI | ISTANBUL TURKEY |

## ADDITIONAL INFORMATION

IBAN NO TR21 006 2000 1320 00090948 88

## CHARGE ACCOUNT OF

| NAME | ACCOUNT NO. (CHECK ONE) |
|---|---|
| LAURENCE A HECKER | ☐ DDA 09000054925 <br> ☐ SAVINGS |
| ADDRESS | |
| 109 DIVISION ST <br> TOMS RIVER NJ 08753 | ☐ IOLTA (Fee Account #_____) |

I hereby request that you transfer funds in accordance with the information that I have provided above. By signing this Request for Wire Transfer of Funds Form, I certify that this information is correct and I have received and agree to be bound by the Wire Transfer Terms and Conditions. If a business account, I also agree to the terms of the Wire Transfer Agreement previously executed in connection with my OceanFirst Bank account. Wire transfers are subject to wire transfer fees according to the Bank's Fee Schedule.

| CUSTOMER SIGNATURE(S) | DATE | ORDER ACCEPTED BY | BRANCH |
|---|---|---|---|
| | 1/19/2012 | JAIME DEL GIUDICE | TOMS RIVER #9 |

### BELOW THIS LINE FOR BANK USE ONLY

1. If this customer order exceeds your limit, you must have it approved by an Officer with appropriate authority.
2. ☐ Waive Fee    Reason for Fee Waiver:

Approved by: _____

SIGNATURE _____    CONTROL NUMBER _____

2. If Wire request was received by either _____ telephone. Confirming phone call** was made by:

BANK EMPLOYEE _____

CUSTOMER CONTACT _____

*A wire order cannot be processed until a c[...] signature(s) on the form are checked against the authorized WIRE TRAN[...]

**PHONE NUMBER USED TO CONFI[...] NS MUST AGREE WITH NUMBER LISTED ON BANK FILE OR [...] NUMBER GIVEN BY CUSTOMER DOES NOT MATCH EITHER OF THESE [...] LISTINGS, YOU MUST DECLINE THEIR WIRE REQUEST.

[Handwritten note on blue sticky: 732-241-4500 x7527]

Revised 03/16/2007