# EXHIBIT I

| | |
|---|---|
| Subj: | **(no subject)** |
| Date: | 7/21/2010 8:10:26 A.M. Eastern Daylight Time |
| From: | lweil@apmfinancial.com |
| To: | heckerlaw@aol.com |

Larry,

It is unacceptable that you would be out on the floor bragging about your bankruptcy and asking Mike if he can get you a car as your car is getting repossessed. This flies in the face of what I am trying to build. Your office is disgusting. I think our relationship is near an end as I cannot have employees looking at you like your crazy!!!

YOUR ATTITUDE IS UNNACEPTABLE!

**Larry Weil**
APM Financial Solutions LLC
3325 Street Road Suite 220
Bensalem, PA 19020
Phone: 800-853-4000
Fax: 215-642-3401
lweil@apmfinancial.com