# EXHIBIT J

Ed Walton
Barron, Newburger, & Sinsley PLLC
101 Metro Dr., Suite A
Terrell, Texas 75160
(972) 499-4833
(972) 563-1598 (facsimile)

-----Original Message-----
From: Manny Newburger
Sent: Tuesday, August 24, 2010 7:28 AM
To: Larry Weil
Cc: Ed Walton
Subject: Re: Follow-up to our last phone conversation

I should be reachable after 4:00 EDT on my cell number below.

Manny

Manuel H. Newburger
Barron, Newburger & Sinsley, PLLC
1212 Guadalupe, Suite 102
Austin, Texas 78701
(512) 476-9103, x-216
Cell: (512) 797-3328
Sent from my iPhone

On Aug 24, 2010, at 8:19 AM, "Larry Weil" <Lweil@apmfinancial.com> wrote:

> MaNNY,
>
> Do you ever rest? Are you married as your wife probably never sees you. Absence makes the heart grow fonder.
>
> Anyway can we talk at some time today?
>
> Larry Weil
> Thomas Landis, Esq.
> 1210 Northbrook Drive Suite 300
> Trevose, PA 19053
> Phone: 877-543-6151
> Fax: 215-526-2618
> lweil@tomlandislaw.com
>
> -----Original Message-----
> From: Manny Newburger [mailto:mnewburger@bns-law.com]
> Sent: Tuesday, August 24, 2010 7:42 AM
> To: Larry Weil
> Cc: Ed Walton
> Subject: RE: Follow-up to our last phone conversation
>
> At best, it slows things down. Why was the suit remanded from Bankruptcy Court? Is it possible to have Hecker also try a removal?
>
> Larry, I'm not beating on you, just explaining, when I say that this is what I warned you might happen. Even if Hecker merely files that will only stay the action as to him, and I think that they will still try to depose APM.
>
> I'm heading to Boston today, but Jonathan may be able to reach me on cell late afternoon.
>
> Manny
>

> 
> 
> _____
> From: Larry Weil [Lweil@apmfinancial.com]
> Sent: Tuesday, August 24, 2010 5:31 AM
> To: Manny Newburger
> Cc: Ed Walton
> Subject: RE: Follow-up to our last phone conversation
> 
> Manny and Ed,
> 
> I sent Jonathan Greystone an email to call me today. He also might reach out to you. Hecker's Bankruptcy will be reinstated next week. Does that change the landscape at all?
> 
> Larry Weil
> Thomas Landis, Esq.
> 1210 Northbrook Drive Suite 300
> Trevose, PA 19053
> Phone: 877-543-6151
> Fax: 215-526-2618
> lweil@tomlandislaw.com<mailto:lweil@apmfinancial.com>
> 
> From: Manny Newburger [mailto:mnewburger@bns-law.com]
> Sent: Tuesday, August 24, 2010 12:19 AM
> To: Larry Weil
> Cc: Ed Walton
> Subject: RE: Follow-up to our last phone conversation
> 
> Larry:
> 
> I can't have Ed work for free. He was contacted today by Hurst's attorney, who is demanding the tha the depositions again be scheduled. I have tried to work with you since long before the Ch. 11 filing, but where we are now is that the problem needs an immediate solution or else Ed will have to withdraw.
> 
> My suggestions are set forth below. If your Ch. 11 attorneys have a better solution I am certainly willing to listen, but I can tell you this this issue is now on fire. Moreover, if you cannot guarantee cooperation from Larry Hecker the case is going to get ugly. This now has a very short fuse.
> 
> Please respond to Ed annd me at once, as Ed needs to determine whether he will be able to stay in the case.
> 
> As I have said, I sincerely do not want to abandon you, but we will not work for free.
> 
> Manny
> 
> 
> 
> _____
> From: Larry Weil [Lweil@apmfinancial.com]
> Sent: Monday, August 23, 2010 7:02 PM
> To: Manny Newburger
> Subject: RE: Follow-up to our last phone conversation Manny,
> 
> I was having email issues and this popped up. So what do you suggest?
> 
> From: Manny Newburger [mailto:mnewburger@bns-law.com]
> Sent: Sunday, August 08, 2010 3:59 PM
> To: Larry Weil
> Subject: Follow-up to our last phone conversation
> 
> Larry:
>

> It has taken some weeks to get back to you regarding our last conversation. As we discussed, one effect of the APM and Hecker bankruptcies is that I cannot ask either APM or Hecker to pay our bill outside of the bankruptcy process.
>
> However, as we have also discussed, my firm cannot represent APM in new cases or ongoing litigation and compliance matters unless the invoices are resolved. You have expressed a desire to pay those invoices through a non-bankrupt entity, but after consulting with the bankruptcy experts in my firm I have determined that there are two separate bankruptcy issues with which we must deal.
>
> First, merely having you pay us, either personally or through a non-bankrupt entity, still risks incurring the wrath of the bankruptcy court. The only two solutions that our bankruptcy team are willing to approve are:
>
> 1.    having us sell our claim to your non-bankrupt entity; or
> 2.    you getting APM's bankruptcy lawyers to approve payment to us by the non-bankrupt entity.
>
> Of the two, I personally prefer the former, simply because we could do it more quickly. In fact, I'd give you a 5% discount if you could pay in full. However, if you draw a new, post-bankruptcy filing suit or if you still want help with your compliance issues it appears that the latter is the preferred method. To complicate matters, I recently received a notice regarding dismissal of Hecker's bankruptcy, and I don't know how such a dismissal will affect the already overly-aggressive plaintiff's attorneys in the Hurst case.
>
> Please talk to your bankruptcy attorneys and then let me know what you want to do.
>
> Thanks.
>
> Manny
>
> Manuel H. Newburger
> Licensed in Texas and Colorado
> Barron, Newburger & Sinsley, PLLC
> 1212 Guadalupe, Suite 102
> Austin, TX 78701-1837
> (512) 476-9103, x-216
> Fax: (512) 279-0310
> mnewburger@bns-law.com<mailto:mnewburger@bns-law.com>
> www.bns-law.com<http://www.bns-law.com/>
> Texas ó Florida ó New York
>
> PURSUANT TO DEPARTMENT OF TREASURY CIRCULAR 230, THIS ELECTRONIC MAIL AND ANY ATTACHMENT HERETO, IS NOT INTENDED OR WRITTEN TO BE USED, AND MAY NOT BE USED BY THE RECIPIENT, FOR THE PURPOSES OF AVOIDING ANY FEDERAL TAX PENALTY WHICH MAY BE ASSERTED.
>
> THIS ELECTRONIC MAIL MAY BE SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE OR THE ATTORNEY WORK PRODUCT PRIVILEGE OR OTHERWISE BE CONFIDENTIAL. ANY DISSEMINATION, COPYING OR USE OF THIS E-MAIL BY OR TO ANYONE OTHER THAN THE DESIGNATED AND INTENDED RECIPIENT(S) IS UNAUTHORIZED. IF YOU HAVE RECEIVED THIS MESSAGE IN ERROR, PLEASE DELETE IT FROM YOUR SYSTEM IMMEDIATELY.
>
>
>