| In the matter of: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT COURT OF NEW JERSEY |
|---|---|
| | DOCKET NO: 3:10-bk-24143-RTL |
| Laurence A. Hecker,<br>Debtor (now deceased) | **ORDER** |

This matter being opened to the court by judgment creditor Steven D'Agostino by way of Steven D'Agostino's motion, and the court having considered the motion, exhibits, certification and/or arguments of the parties and for good cause appearing;

On this _____ day _____ 2020, it is **HEREBY ORDERED** that:

**The motion of Steven D'Agostino for leave to maintain action in state court is GRANTED, with approval being nunc pro tunc to the date of commencement of the suit in state court.**

Christine M. Gravelle
United States Bankruptcy Judge